IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRENT LAWRENCE SUTTORY | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv629 |
| M. MARTIN | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Brent Lawrence Suttory, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge,  for consideration pursuant to 28 U.S.C. § 636 and applicable orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge concerning this matter.  The Magistrate Judge  recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings.  Petitioner filed objections to the Report and Recommendation.

 The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  After careful consideration, the court concludes the objections are without merit.   Petitioner asserts that the writ of habeas corpus has been improperly suspended if relief is not available to him under 28 U.S.C. § 2255 or § 2241.  However, this claim is without merit because the savings clause under § 2255 does not violate the Suspension Clause of the United States Constitution.  *Wesson v. U.S. Penitentiary, Beaumont*, 305 F.3d 343, 346-47 (5th Cir. 2002).

## ORDER

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is

**ADOPTED**.  A final judgment shall be entered dismissing the petition.

   **SIGNED** this the 26 day of **January, 2012.**


          Thad Heartfield
          United States District Judge